FILED
United States Court of Appeals
Tenth Circuit

February 11, 2010

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

EDWARD JACKSON JIMENEZ,

    Plaintiff - Appellant,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant - Appellee.

No. 09-6225

---

**ORDER**

---

Before **KELLY** and **GORSUCH**, Circuit Judges.

---

This matter is before the court on appellee's motion for extension of time to file appellee's brief in this appeal. The motion is granted. The brief shall be served and filed on or before March 18, 2009. No further extensions will be granted.

    Entered for the Court,

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk